# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JULIA MATEO,                    :

    Plaintiff      :   CIVIL ACTION NO. 3:16-1057

v.                              :   JUDGE MANNION

NANCY A. BERRYHILL,             :

    Defendant      :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The report and recommendation of Judge Carlson, **(Doc. 11)**, is **ADOPTED IN ITS ENTIRETY**.

(2) The plaintiff's objections to the report, **(Doc. 12)**, are **OVERRULED**.

(3) The decision of the Commissioner of Social Security denying the plaintiff's claims for DIB and SSI is **AFFIRMED**.

(4) The Clerk of Court is directed to **CLOSE THIS CASE**.

FILED
SCRANTON

APR 2 5 2018

PER _____
    DEPUTY CLERK

MALACHY E. MANNION
United States District Judge

**Date: April 17, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1057-01-ORDER.wpd